STATE v. SMITH

No. 124A81

Prior opinion: 305 N.C. 691

Upon consideration of the petition filed by Attorney General in this matter for a writ of certiorari to review the Superior Court, Halifax County, the following order was entered and is hereby certified to the Superior Court of that County: believing that this Court has already fully addressed all the issues it can properly address within the limits of its appellate jurisdiction, the petition of the State is denied without prejudice to the State's right to seek appellate review in the federal system of the order of the U.S. District Court, Eastern District of North Carolina, entered 14 August 1991. By order of the Court in conference, this the 14th day of November 1991.

STATE v. STONE

No. 524P91

Case below: 104 N.C.App. 448

Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 9 January 1992.

STATE v. WILLIAMS

No. 405P91

Case below: 103 N.C.App. 666

Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 9 January 1992.

STATE v. ZUNIGA

No. 156A85

Case below: Superior Court

Petition by defendant for writ of certiorari to the Superior Court, Davidson County, allowed 9 January 1992.